# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAMDEN | MAGISTRATE JUDGE SHARON A. KING |
| Court Reporter: Zoom | June 23, 2021 |
| Title of Case:<br>UNITED STATES OF AMERICA<br>         V. | CR. No. 21-487(RBK) |

JOSEPH GEROMINI
         DEFENDANT PRESENT

Appearances:
Eric Boden, AUSA for Government.
Phillip Kirshner, Esquire for Defendant.
Wayne Webb, Pretrial Services

Nature of Proceedings:        INITIAL APPEARANCE/ARRAIGNMENT
Deft informed of rights and penalties and charges.
Counsel waives formal reading of the indictment
PLEA: NOT GUILTY TO ALL COUNTS
All parties consent to bail pending trial
Bail set at $100,000.00 Unsecured with special conditions
Order setting conditions of release filed.

                                             s/ Marnie Maccariella
                                             Deputy Clerk

Time Commenced:  2:10 pm    Time Adjourned:  2:20 pm    Total Time: 10 Minutes