```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    CRIM. No. 21-487 (RBK)
                            :
         v.                 :
                            :    FED. R. CRIM. P. 12.4
JOSEPH GEROMINI             :    DISCLOSURE STATEMENT
```

Pursuant to Fed. R. Crim. P. 12.4, Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (Eric A. Boden, Assistant U.S. Attorney, appearing) files this disclosure statement based upon the information currently available to this Office regarding the organizational victim of the criminal activity alleged in the above-reference matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

Name of Organizational Victim: **Group K Diagnostics, Inc.**

Parent Corporation: None.

Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock: None.

Respectfully submitted,

RACHAEL A. HONIG
Acting United States Attorney

*Eric A. Boden*
By: ERIC A. BODEN
Assistant U.S. Attorney

DATE: June 24, 2021