United States District Court
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 21-**487 (RBK)** |
| v. | |
| JOSEPH GEROMINI | **WARRANT FOR ARREST** |

To:   The United States Marshal
        and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JOSEPH GEROMINI** and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with

  18 U.S.C. § 1343 (wire fraud);
  15 U.S.C. §§ 78j(b), 78ff(a); and
  17 C.F.R. § 240.10b-5

Sworn to before me, and subscribed in my presence

**June 17, 2021** at **8**                                    Trenton, New Jersey
Date                                                                    City and State

Honorable Lois H. Goodman
United States Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

**7:15 am**

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 6/17/21 | Jamie McMahon Special Agent, FBI | Jamie McMahon |
| Date of Arrest | | |
| 6/23/21 | | |