UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-487 |
| | : | |
| v. | : | |
| | : | Hon. Robert B. Kugler |
| JOSEPH GEROMINI | : | |
| | : | |

## MOTION FOR STATUS CONFERENCE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for a status conference to determine defendant's wishes to proceed to trial and to set a schedule for pretrial proceedings and trial, if necessary.

Respectfully submitted,

RACHAEL A. HONIG
Acting United States Attorney

*Eric A. Boden*
By: Eric A. Boden
Assistant U.S. Attorney

SO ORDERED:

_____
HON. ROBERT B. KUGLER
Senior United States District Judge