**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 21-487 (RBK) |
| v. | : |
| JOSEPH GEROMINI | : |

**ORDER GRANTING FLASTER/GREENBERG'S MOTION TO**
**WITHDRAW AS COUNSEL FOR DEFENDANT, JOSEPH GEROMINI**

THIS MATTER having been brought before the Court by J. Philip Kirchner, Esquire, of Flaster/Greenberg, P.C., attorneys for Defendant, Joseph Geromini, upon Motion for Leave to Withdraw as Defendant's Counsel, and the Court having considered the pleadings filed, argument of counsel, if any, and for good cause shown, it is on this _____ day of _____, 2021, hereby

ORDERED that Flaster/Greenberg's Motion for Leave to Withdraw as Defendant's Counsel is hereby GRANTED; and it is

FURTHER ORDERED that a copy of this Order shall be served upon the defendant and upon plaintiff's counsel within seven (7) days of receipt.

_____
Hon. Robert B. Kugler
Senior United States District Judge

8613665 v1