**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-487 (RBK) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH GEROMINI | : | |

**PROOF OF MAILING**

I, J. Philip Kirchner, being of full age, do hereby certify as follows:

1. I am a Shareholder at the firm of Flaster/Greenberg P.C., attorneys for Joseph Geromini.

2. On November 17, 2021, the following documents were electronically filed via the United States District Court, District of New Jersey, filing system:

   a. Notice of Motion for to Withdraw as Counsel;

   b. Certification of J. Philip Kirchner, with Exhibits;

   c. Proposed form of Order; and

   d. This Proof of Mailing.

3. On November 17, 2021, I also caused a copy of these documents to be sent by overnight delivery and certified mail to the Defendant, Joseph Geromini, at 205 Arlington Avenue, Linwood, New Jersey 08221.

4. On November 17, 2021, Assistant U.S. Attorney, Eric A. Boden, Esquire simultaneously received these documents at the time of filing them via the District Court e-court filing system.

I do hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

/s/ J. Philip Kirchner
J. Philip Kirchner

DATED: November 17, 2021

8613640 v1