UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

November 18, 2021
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   BOB TATE

**Other(s)**_____

**Docket #**   CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
JOSEPH GEROMINI
        DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Defendant consents to proceed via videoconference.
Status conference held on the record.
Ordered status conference set for December 21, 2021 at 10:00AM in Courtroom 4D.
Speedy Trial continuance order to be submitted.

Time commenced:   4:00PM     Time Adjourned:   4:05PM     Total Time: 0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**