# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

January 6, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** SHARON RICCI

**Other(s)** _____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
      vs.
JOSEPH GEROMINI
      DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Ordered status conference/hearing on motion to withdraw set for February 7, 2022 at 9:30AM via Zoom videoconference.

Time commenced: 10:00AM    Time Adjourned: 10:10AM    Total Time: 0:10

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**