UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

February 7, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   SHARON RICCI

**Other(s)**_____

**Docket #**   CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
JOSEPH GEROMINI
        DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Status conference held.
Ordered hearing on [16] Motion to Withdraw reset for February 22, 2022 at 10:30AM via Zoom.

Time commenced:   9:30AM     Time Adjourned:   9:35AM     Total Time: 0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**