## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

February 22, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** JOHN KURZ

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
           vs.
JOSEPH GEROMINI
       DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Adam Gersh, Esq., for Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Status conference held on the record via videoconference.
Ordered status conference set for March 1, 2022 at 9:30AM via videoconference.

Time commenced:   10:30AM      Time Adjourned: 10:35AM       Total Time: 0:05

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**