UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

March 1, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CAMILLE PEDANO

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
  vs.
JOSEPH GEROMINI
  DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Adam Gersh, Esq., for Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record via videoconference.
Ordered final pretrial conference set for April 25, 2022 at 2:30PM in Courtroom 4D.

Time commenced: 9:30AM     Time Adjourned: 9:40AM     Total Time: 0:10

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**