

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**J. PHILIP KIRCHNER, ESQUIRE**
Member of NJ & PA Bar
Direct Dial (856) 661-2268
E-Mail: phil.kirchner@flastergreenberg.com

April 22, 2022

**HAND DELIVERED AND ELECTRONICALLY FILED**

The Honorable Robert B. Kugler, U.S.D.J.
Senior United States District Judge
Mitchell Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

    RE:   United States of America v. Joseph Geromini Crim. No. 21-487 (RBK)

Dear Judge Kugler:

    As Your Honor ordered at the most recent pretrial conference in this matter on March 1, 2022, I sent today by email a sharefile link to Defendant Joseph Geromini to allow him to access all of the documents provided to me in discovery by the US Attorney, which were Bates labeled US000001-005501. That file contains everything I received in discovery from the government in this case. Thank you for your attention.

    Respectfully yours,

    FLASTER/GREENBERG P.C.

    J. Philip Kirchner

JPK/kd

cc:   Eric Boden, Assistant US Attorney NJ
      Mr. Joseph Geromini (by email)

8897509 v1