UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

April 25, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Other(s)**_____

**Docket #**   CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
JOSEPH GEROMINI
        DEFENDANT PRESENT

**APPEARANCE:**
Eric Boden, AUSA, for USA
Joseph Geromini, Defendant pro se

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Status conference held on the record.
Ordered status conference set for May 31, 2022 at 10:00AM.

Time commenced:   2:30PM        Time Adjourned: 2:45PM        Total Time: 0:15

                                                        Lawrence MacStravic
                                                        DEPUTY CLERK

**cc: Chambers**