UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

May 31, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
JOSEPH GEROMINI
        DEFENDANT PRESENT (via videoconference)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Philip Kirchner, Esq., and Charles Kreindler, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE

Status conference held on the record via videoconference.
Ordered status conference set for August 22, 2022 at 3:00PM.

Time commenced:   10:00AM     Time Adjourned:   10:10AM        Total Time: 0:10

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**