UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

August 22, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
　　　vs.
JOSEPH GEROMINI
　　　DEFENDANT PRESENT (via videoconference)

**APPEARANCE:**
Eric Boden, AUSA, for USA (via videoconference)
Philip Kirchner, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record via videoconference.
Ordered in-person status conference set for October 20, 2022 at 10:00AM in Courtroom 4D.

Time commenced:  3:00PM    Time Adjourned:  3:05PM    Total Time: 0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**