UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 21-487

JOSEPH GEROMINI  **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  JOSEPH GEROMINI
                                                   Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:  State Bar of California 1985
USDC Central District of CA 1986; USDC Southern District of CA 2001; USDC Northern District of CA 2014; USDC Eastern District of CA 1997; U.S. Court of Appeals, Ninth Circuit 1989; U.S. Court of Appeals, Second Circuit 2016; USDC Western District of NY 2014

Court(s)                                           Year(s) of Admission

Date: August 23, 2022

Signature of Attorney

Charles L. Kreindler
Print Name

333 South Hope Street, 43rd Floor
Address

Los Angeles, CA 90071
City State Zip Code

Tel: 213-620-1780 / Fax: 213-620-1398
Phone Number Fax Number

DNJ-CR-013 (03/2010)