UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO. 21-487

JOSEPH GEROMINI                                  **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   JOSEPH GEROMINI
                                                                                     Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

State Bar of California 2019
USDC Central District of CA 2020; USDC Southern District of CA 2020; USDC Northern District of CA 2020; USDC Eastern District of CA 2020

Court(s)                                                   Year(s) of Admission

Date:  August 23, 2022

                                                                 Signature of Attorney

                                                                 Matthew Lin
                                                                 Print Name

                                                                 333 South Hope Street, 43rd Floor
                                                                 Address

                                                                 Los Angeles, CA 90071
                                                                 City State Zip Code

                                                                 Tel: 213-620-1780 / Fax: 213-620-1398
                                                                 Phone Number Fax Number

                                                                 DNJ-CR-013 (03/2010)