**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

Charles L. Kreindler
213.617.4118 direct
213.443.2824 fax
ckreindler@sheppardmullin.com

File Number: 85BH-357951

October 7, 2022

**VIA ECF**

Hon. Robert B. Kugler
United States District Judge for the District of
New Jersey
Mitchell S. Cohen Building &
U.S. Courthouse
4th & Cooper Streets
Courtroom 4D, Room 1050
Camden, NJ 08101

Re:  <u>United States of America v. Joseph Geromini</u>
     <u>Case No. 1:21-cr-00487</u>

Dear Hon. Robert B. Kugler:

We represent Joseph Geromini ("Defendant") in the above-referenced case. I reside in Los Angeles, California and would very much appreciate it if the Court would allow me to appear remotely for the October 20, 2022 Status Conference in Courtroom 4D on behalf of Defendant. My co-counsel, Phil Kirchner, will appear in person. Thank you for your consideration.

Very truly yours,

*/s/ Charles L. Kreindler/*

Charles L. Kreindler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4883-4796-5495.1