UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

October 27, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
    vs.
JOSEPH GEROMINI
    DEFENDANT PRESENT

**APPEARANCE:**
Eric Boden, AUSA, for USA
Charles Kreindler, Esq., for Defendant

**NATURE OF PROCEEDINGS:** TELEPHONE STATUS CONFERENCE

Status conference held on the record via teleconference.
Ordered telephone conference set for January 31, 2023 at 1:00PM.

Time commenced:  1:00PM    Time Adjourned:  1:05PM    Total Time:  0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**