UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-487 (RBK) |
| | : | |
| JOSEPH GEROMINI | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric A. Boden, Assistant United States Attorney appearing), and defendant Joseph Geromini (by J. Philip Kirchner, Esq. and Charles L. Kreindler, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through April 25, 2023 to permit defense counsel the reasonable time necessary for effective preparation in this matter, to allow for additional discovery to be compiled and reviewed, and to allow the parties to discuss the matter and conduct plea negotiations in an effort to resolve the case before trial; and the defendant being aware that he has the right to have the matter commence to trial within 70 days from the filing date (and making public) of the indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs pursuant to Title 18, United States Code, Section 3161(c)(1); and eight prior continuances having been entered on June 23, 2021 by the Honorable Sharon A. King, U.S. Magistrate Judge, and on September 16, 2021, November 19, 2021, February 28, 2022,

April 27, 2022, June 30, 2022, August 29, 2022, and October 27, 2022 by the Honorable Robert B. Kugler, Senior U.S. District Judge; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) New counsel has recently been retained to represent the defendant in this matter;

(2) The parties anticipate exchanging discovery and entering into plea negotiations, which would render any subsequent trial of this matter unnecessary;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 19th day of January, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 25, 2023; and it is further

ORDERED that the period from the date this Order is signed through April 25, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                        HON. ROBERT B. KUGLER
                                        Senior United States District Judge

Form and entry consented to:

_Eric A. Boden_
Eric A. Boden
Assistant United States Attorney

_____
J. Philip Kirchner, Esq.
Charles L. Kreindler, Esq.
Counsel for Defendant Joseph Geromini