**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

January 31, 2023
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** JOHN KURZ

**Other(s)**_____

**Docket #** CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
        vs.
JOSEPH GEROMINI
      DEFENDANT PRESENT

**APPEARANCE:**
Eric Boden, AUSA, for USA
Charles Kreindler, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   TELEPHONE STATUS CONFERENCE

Status conference held on the record via teleconference.
Ordered telephone status conference set for April 20, 2023 at 1:00PM.

Time commenced:  1:00PM     Time Adjourned:  1:05PM     Total Time: 0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**