## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

April 20, 2023
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   ANN MARIE MITCHELL

**Other(s)**_____

**Docket #**   CR 1:21-00487-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
              vs.
JOSEPH GEROMINI
          DEFENDANT NOT PRESENT

**APPEARANCE:**
Eric Boden, AUSA, for USA
Charles Kreindler, Esq., and Philip Kirchner, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   TELEPHONE STATUS CONFERENCE

Status conference held on the record via teleconference.
Ordered teleconference set for July 13, 2023 at 11:00AM.


Time commenced:   1:00PM       Time Adjourned:   1:05PM       Total Time: 0:05

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**