DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-487 (RBK) |
| v. | : | |
| JOSEPH GEROMINI | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Patrick C. Askin, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

      PHILIP R. SELLINGER
United States Attorney

*/s/ Patrick C. Askin*
By: PATRICK C. ASKIN
Assistant U.S. Attorney

Dated:   June 23, 2023