UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler |
| v. | : | Crim. No. 21-487 |
| JOSEPH GEROMINI | : | NOTICE OF APPEARANCE |

     PLEASE TAKE NOTICE that PHILIP R. SELLINGER, United States Attorney for the District of New Jersey, by Ashley Pitts, Ashley.Pitts@usdoj.gov, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*/s/ Ashley Pitts*

By: Ashley Pitts
Assistant U.S. Attorney

Dated:   June 26, 2023