UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,  :   CRIMINAL NO. 21-487-1 (RBK)

           :

  v.         :

           :    Honorable Robert B. Kugler

           :

           :

JOSEPH GEROMINI     :

**ORDER PERMITTING DEPOSIT OF FUNDS PRIOR TO SENTENCING**

This matter having come before the Court upon joint motion of the parties and with due consideration, and with consent of both counsel for the United States of America (Patrick C. Askin, AUSA appearing) and for the Defendant, JOSEPH GEROMINI, (Charles L. Kreindler, Esq., appearing),

**IT IS**, on this __23d_____ day of April 2024,

**ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to deposit monies from or on behalf of the Defendant, **JOSEPH GEROMINI**, into the Court's registry, pending further order this case.

_____
HONORABLE ROBERT B. KUGLER, U.S.D.J.