UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff(s)<br><br>v.<br><br>JOSEPH GEROMINI<br><br>Defendant(s) | Civil Action No. 1:21-CR-487-01 (CPO)<br><br>**CLERK'S CERTIFICATE OF CASH DEPOSIT** |

I hereby certify that on March 20, 2025, *Ninety-Eight Thousand and Eighty-Three Dollars ($98,083.00)* Receipt No. CAM015387 was deposited into the Registry of the Court pursuant to Order #56 signed April 23, 2024 by Judge Robert B. Kugler.

MELISSA E. RHOADS, CLERK

By: *Patricia Hruschka*
Trish Hruschka, Administrative Specialist