SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
CHARLES L. KREINDLER, Cal. Bar No. 119933
ckreindler@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3440
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant Joseph Geromini

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21CR00487-1 |
| Plaintiff, | **SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
| v. | |
| JOSEPH GEROMINI | Date: May 23, 2025<br>Time: 10:00 a.m. |
| Defendant. | |
| | The Hon. Christine P. O'Hearn |

Please be advised that, on May 14, 2025 defendant Joseph Geromini submitted sentencing materials to the Court in this case.

Dated: May 14, 2025

         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

         By  */s/ Charles L. Kreindler*
           CHARLES L. KREINDLER

         Attorneys for Defendant
         Joseph Geromini