UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Sharon Ricci
**OTHER:** Richard Antonison, U.S. Probation

**DATE OF PROCEEDING:** 5/22/25

**DOCKET NO.** 21-cr-487 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

v.

JOSEPH GEROMINI

**APPEARANCES:**
Patrick Askin, AUSA for the Government
Charles Kreindler, Esquire for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:**   SENTENCE ON A 12 COUNT INDICTMENT
Hearing on government's oral application to dismiss counts 1, 3-12.
Ordered application granted. Counts 1, 3-12 dismissed.

**SENTENCE:** Imprisonment for a term of 6 months.
**SUPERVISED RELEASE:** For a term of 3 years with special conditions.
**SPECIAL ASSESSMENT:** $100.00.
**RESTITUTION:** $98,083.00.
**FINE:** Waived.

Defendant advised of his right to appeal.
Court recommends the defendant be designated to Ft. Dix – Minimum Security.

| | |
|---|---|
| Time Commenced: | 9:40am |
| Time Adjourned: | 10:00am |
| Time Commenced: | 10:20am |
| Time Adjourned: | 10:55am |

**Total Time:**    **1 Hour and 10 Minutes**

*/s/ Haley E. Minix*
DEPUTY CLERK