## Motion to Extend Self-Surrender Date

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,

v.

Joseph Geromini, Defendant.

Case No. 1:21-cr-00487-CPO

## Pro Se Motion to Extend Self-Surrender Date

The Honorable Christine P. O'Hearn USDJ,

I, Joseph Geromini, the defendant in the above-captioned matter, respectfully submit this pro se motion to request a brief extension of my self-surrender date, currently scheduled for August 19, 2025.

The basis for this request is twofold:

1. My son's final day of college classes is August 16, 2025. Our family has arranged a small gathering on August 17 to celebrate this important milestone. Given the personal and emotional challenges of the past year, this time with my children is especially important.

2. I am currently concluding seasonal business operations. A short extension would allow me to complete these commitments and secure essential funds to support my family and cover responsibilities during my time away.

Due to an outstanding balance with my current attorney, I am submitting this motion pro se to avoid incurring additional legal costs.

I have contacted Assistant United States Attorney Patrick C. Askin regarding this request, and I am advised that the Government does not oppose a 30-day extension.

Accordingly, I respectfully request that the Court grant an extension of my report date from

August 19, 2025, to September 19, 2025, or any other date deemed appropriate by the Court.

"The Government, through AUSA Patrick Askin, has indicated that it does not oppose this request."

Thank you for your time and consideration.

Respectfully submitted,

Joseph Geromini
118 East Johnson Avenue

Somers Point, NJ 08244
609-204-1579
joe@lkrgroup.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Extend Self-Surrender Date was served upon:

Patrick C. Askin

Assistant U.S. Attorney

United States Attorney's Office

patrick.askin@usdoj.gov

on this 21 day of July 2025, via email.

*Joseph P. Geromini*

Joseph Geromini