**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH GEROMINI<br><br>*Defendant* | No. 21-cr-487 (CPO)<br><br>**ORDER** |

**WHEREAS,** judgment was entered on the 10th day of June 2025 in an action in the United States District Court, District of New Jersey, between the United States of America and Defendant Joseph Geromini (the "Defendant"), in which the Court ordered the Defendant to pay restitution in the amount of $98,083.00. It is hereby:

**ORDERED** that there is $98,083.00 in U.S. currency presently being retained by the Clerk of the United States District Court for the District of New Jersey pursuant to the Court's April 23, 2024, Order of Judge Robert B. Kugler; and

**ORDERED** that the $98,083.00 in U.S. currency described above shall be turned over to the United States in satisfaction of the Defendant's restitution obligation.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 25, 2025